UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BLETHEN MAINE NEWSPAPERS, INC. d/b/a PORTLAND PRESS HERALD, <br><br> Plaintiff, <br><br> v. <br><br> PORTLAND NEWSPAPER GUILD, LOCAL 31128, <br><br> Defendant. | Docket no. 2:08-CV-197-GZS |

**REPORT OF CONFERENCE & ORDER**

In advance of a scheduled oral argument on pending motions, the Court held a conference of counsel in this matter on September 10, 2008. Attorneys Harry Korrell and Matthew LaMourie appeared for Plaintiff. Attorneys Barbara Camens and Jonathan Beal appeared for Defendants.

The Court met with counsel to discuss recent developments that were reported to the Court via Defendant's Motion for Leave to Submit Supplemental Facts (Docket # 32). As a result of these developments and after giving counsel time to confer, the parties have agreed to focus their immediate efforts on the arbitration of this matter before the AAA. Therefore, all motions currently pending before this Court (Docket #s 17, 18, 21 and 22) are hereby DENIED WITHOUT PREJUDICE. As the Court explained at the conference, the parties are free to renew these motions at any time or make additional motions if they believe the other side is not participating in the arbitration in good faith. Any such

2

motions will be heard by this Court on an expedited basis to the extent possible.  Absent any such motions, this matter is STAYED until further order of this Court.

While the stay remains in effect the parties shall provide periodic status reports to the Court.  The first status report is due on or before January 14, 2009.  If the parties proceed to an arbitration hearing before January 13, 2009 or, alternatively, submit the matter on paper, they shall promptly notify the Court of this development.  The parties shall also promptly notify the Court of a decision by the arbitrator and/or any settlement of their dispute.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 10th day of September, 2008.